# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-04835-CAS (JDE) | Date | September 25, 2017 |
|---|---|---|---|
| Title | Deshawn D. Darby v. Los Angeles County., et al., | | |

**Present: The Honorable** John D. Early

| Ivette Gomez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings: (In Chambers)** Order to Show Cause

On June 30, 2017, Plaintiff Deshawn Darby ("Plaintiff") filed a Complaint against Los Angeles County and multiple individuals alleging civil rights violations. Dkt. 1. Also on June 30, Plaintiff filed a Request to Proceed Without Prepayment of Filing Fees ("IFP Request"). Dkt. 2. In the IFP Request, Plaintiff declares that he is currently an inmate at Los Angeles County Jail ("LACJ"). The IFP Request is incomplete because it does not include a certified copy of Plaintiff's trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the Complaint, as required by 28 U.S.C. §1915(a)(2). The IFP Request does include a handwritten statement from Plaintiff which appears to state that no staff member at LACJ was willing to sign the IFP Request or provide the trust account information.

Plaintiff is hereby ordered to file, **by no later than October 23, 2018**, either:

1. An amended IFP Request with all required information, including a certified copy of Plaintiff's trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the Complaint; or

2. If Plaintiff again contends that LACJ staff refuses to provide documentation, a written report by Plaintiff describing his efforts to request the documentation, including the names of all LACJ staff whom Plaintiff alleges refused to provide the documentation required by 28 U.S.C. § 1915(a)(2), and whether those staff members were shown a copy of this Order.

**Plaintiff is advised that failure to timely comply with this Order and may result in a denial of Plaintiff's IFP Request and a dismissal of this action without prejudice.**

Initials of Courtroom Deputy  ig